PROB 12C
(6/16)

Report Date: April 12, 2022

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd David Bates                Case Number: 0980 2:14CR00124-SMJ-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 9, 2016

Original Offense:   Conspiracy to Commit Murder for Hire, 18 U.S.C. § 1958(a);
                    Conspiracy to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 846

Original Sentence:  Prison - 100 months;          Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney: Russell E. Smoot             Date Supervision Commenced: December 23, 2021

Defense Attorney:   Douglas Dwight Phelps         Date Supervision Expires: December 22, 2026

### PETITIONING THE COURT

To issue a summons.

On December 27, 2021, Mr. Bates' conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 20 by ingesting a controlled substance, cocaine, on or about March 21, 2022.<br><br>On March 21, 2022, Mr. Bates submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for cocaine. At that time, he signed an admission form acknowledging use of said substance. Subsequently, the urine specimen was sent to the national drug testing laboratory and was confirmed positive for cocaine. |

Prob12C
Re: Bates, Todd David
April 12, 2022
Page 2

2 **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 20 by ingesting a controlled substance, cocaine, on or about April 1, 2022.

On April 1, 2022, Mr. Bates submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for cocaine. At that time, he signed a denial form indicating he had not used said substance. Subsequently, the urine specimen was sent to the national drug testing laboratory and was confirmed positive for cocaine.

3 **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 20 by failing to report to Pioneer Human Services (PHS) for urinalysis testing on February 2 and 9, and April 6, 2022.

The probation officer received email correspondence from PHS indicating Mr. Bates failed to report for urinalysis testing on February 2 and 9, and April 6, 2022.

4 **Standard Condition #1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated an active temporary restraining order, case number 13302589-1, on or about April 3, 2022.

According to Spokane Police Department incident report number 2022-20055474, on April 3, 2022, officers were dispatched to JC Penney at the Northtown Mall in response to a protection order violation. The complainant advised that Mr. Bates was at her daughter's work location and he is prohibited from having contact with her and her children. An officer spoke to the offender's daughter, who was working at the jewelry counter at JC Penney. She confirmed Mr. Bates came to the store and kept trying to approach her as he was saying "I love you." During that time, she called her mother who arrived at the store and witnessed Mr. Bates trying to contact her. Another employee at the store also witnessed the incident.

The responding officer received a copy of the temporary restraining order issued on October 27, 2014. The order specified that the offender is prohibited from entering the work place of his children. The order did not contain an expiration date and the officer did not have enough information at the time to determine probable cause. As of this writing, no charges have been filed.

On April 3, 2022, Mr. Bates left a voicemail for this officer advising of the aforementioned incident. During a subsequent conversation, Mr. Bates admitted having contact with his daughter on or about April 3, 2022, despite having an active restraining order.

Prob12C
Re: Bates, Todd David
April 12, 2022
Page 3

On April 11, 2022, this officer contacted Spokane Superior Court for clarification on the temporary restraining order, which was ordered on October 27, 2014. This officer was advised there is no expiration date listed on the temporary restraining order and there are no subsequent orders entered. As such, the temporary restraining order issued on October 27, 2014, remains valid.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 12, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

04/12/2022
Date