Colin PROB 12C
(6/16)

Report Date: May 26, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Todd David Bates                                  Case Number: 0980 2:14CR00124-SMJ-3

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 9, 2016

Original Offense:        Conspiracy to Commit Murder for Hire, 18 U.S.C. § 1958(a);
                         Conspiracy to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 846

Original Sentence:       Prison - 100 months            Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Russell E. Smoot               Date Supervision Commenced: December 23, 2021

Defense Attorney:        Colin G. Prince                Date Supervision Expires: December 22, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/12/2022.

On December 26, 2022, Mr. Bates' conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 20, by ingesting a controlled substance, cocaine, on or about May 16, 2022.

On May 16, 2022, Mr. Bates reported to the U.S. Probation Office for a scheduled office appointment. At that time, he submitted a urine specimen that returned presumptive positive for cocaine. Subsequently, he signed a denial form indicating he had not used said substance. The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for cocaine.

Prob12C
**Re: Bates, Todd David**
**May 26, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 26, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

05/26/2022
Date