FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:14-cr-00124-SMJ-3 |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY PRETRIAL CONDITIONS AND MOTION TO EXPEDITE** |
| TODD DAVID BATES (03), | |
| Defendant. | |

Before the Court, without oral argument, is Defendant's Motion to Modify Pretrial Release Conditions and Motion to Expedite, ECF No. 1006.

Defendant Bates requests modification of his release conditions to permit his transfer from Pioneer Human Services to Pura Vida once Defendant completes his inpatient treatment on August 5, 2022. Defendant Bates was accepted into Pura Vida's clean and sober housing community, approved to stay rent-free for three months, and there is now an available bed for Defendant. U.S. Probation has confirmed that Defendant Bates has been accepted to Pura Vida and supports this request. The Government was contacted as to their position regarding this request but no response was received at the time of Defendant Bates' motion. The Court finds that good cause exists to grant the motion.

ORDER GRANTING DEFENDANT BATES MOTION TO MODIFY
PRETRIAL RELEASE CONDITIONS AND MOTION TO EXPEDITE – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Bates (03) Motion to Modify Pretrial Release Conditions and Motion to Expedite, **ECF No. 1006**, is **GRANTED**.

2. Defendant Bates shall be **transported** by staff at Pioneer Human Services at the conclusion of his inpatient treatment on August 5, 2022 Pioneer Center East to Pura Vida clean and sober housing.

3. Defendant shall continue to follow all previously imposed release conditions.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 4th day of August 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING DEFENDANT BATES MOTION TO MODIFY
PRETRIAL RELEASE CONDITIONS AND MOTION TO EXPEDITE – 2