PROB 12C
(6/16)

Report Date:  August 26, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Todd David Bates                    Case Number: 0980 2:14CR00124-SMJ-3

Address of Offender:                             Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 9, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Murder for Hire, 18 U.S.C. § 1958(a); Conspiracy to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 100 months TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Dominique Juliet Park | Date Supervision Commenced: December 23, 2021 | |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: December 22, 2026 | |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/12/2022 and 05/26/2022.

On December 26, 2021, Mr. Bates' conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but not more than 6 tests per month.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 20, by ingesting a controlled substance, cocaine, on or about August 16, 2022.<br><br>On August 16, 2022, Mr. Bates submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for cocaine.  At that time, he signed an admission form acknowledging use of said substance.  When questioned by the undersigned regarding his drug use, he indicated he "didn't mean to."  He further explained that it was not intentional, as he had kissed someone who had used cocaine.  The urine specimen was thereafter confirmed positive for the presence of cocaine. |

Prob12C
**Re: Bates, Todd David**
**August 26, 2022**
**Page 2**

7          **Special Condition #21:** Defendant shall undergo a substance abuse evaluation, and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.  Defendant shall contribute to the cost of treatment according to Defendant's ability to pay.  Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 21, by failing to attend a scheduled treatment session at Pioneer Human Services (PHS) on August 17, 2022.

The undersigned received email correspondence from PHS indicating Mr. Bates failed to attend a scheduled treatment session on August 17, 2022.

8          **Special Condition #20:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but not more than 6 tests per month.

**Supporting Evidence:** The offender is alleged to have violated special condition number 20, by failing to report to PHS for urinalysis testing on August 23, 2022.

The undersigned received email correspondence from PHS indicating Mr. Bates failed to report for urinalysis testing on August 23, 2022.

9          **Special Condition #20:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but not more than 6 tests per month.

**Supporting Evidence:** The offender is alleged to have violated special condition number 20, by failing to report to PHS for urinalysis testing on August 25, 2022.

On August 25, 2022, the probation officer instructed Mr. Bates to report to PHS to submit to urinalysis testing.  He failed to report as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 26, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Bates, Todd David**
**August 26, 2022**
**Page 3**

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]  Defendant to appear before the Judge assigned to the
      case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

8/29/2022
_____
Date