PROB 12C
(6/16)

Report Date: November 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd David Bates               Case Number: 0980 2:14CR00124-TOR-3

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 9, 2016

Original Offense:     Conspiracy to Commit Murder for Hire, 18 U.S.C. § 1958(a);
                      Conspiracy to Distribute Heroin, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), 846

Original Sentence:    Prison - 100 months              Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Patrick Cashman                  Date Supervision Commenced: December 23, 2021

Defense Attorney:     Kathryn Lucido                   Date Supervision Expires: December 22, 2026

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/12/2022, 5/26/2022 and 8/26/2022.

On December 26, 2021, Mr. Bates' conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #21**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. Defendant shall contribute to the cost of treatment according to Defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 21 by failing to attended treatment sessions at Pioneer Human Services (PHS) on November 9, and November 14, 2022. |
| | The probation officer received email correspondence from PHS indicating Mr. Bates failed to report for scheduled treatment sessions on November 9, and November 14, 2022. |

Prob12C
**Re: Bates, Todd David**
**November 15, 2022**
Page 2

|     |                                                                                                                                                                                                                                                            |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | This officer has made numerous efforts to contact the offender via telephone and text to discuss the above-referenced violation, however, he has failed to respond.                                                                                        |
| 11  | **Special Condition #20**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month.                      |
|     | **Supporting Evidence**: The offender is alleged to have violated special condition number 20 by failing to report to Pioneer Human Services (PHS) for urinalysis testing on November 9, 2022.                                                             |
|     | The probation officer received email correspondence from PHS indicating Mr. Bates failed to report to their facility for urinalysis testing on November 9, 2022.                                                                                           |
|     | This probation officer has made numerous efforts to contact the offender via telephone and text to discuss the above-referenced violation, however, he has failed to respond.                                                                              |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 15, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

November 15, 2022
Date